IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00165-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL ALSON SMITH | ) | |
| | ) | |

**THIS MATTER** is before the Court on the counsel for the defendant's Motion for Reduction of Sentence, (Doc. No. 26), and supplement, (Doc. No. 30).

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Reduction of Sentence, as supplemented, within fourteen (14) days of the entry of this Order.

Signed: July 1, 2020

Robert J. Conrad, Jr.
United States District Judge