IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00165-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL ALSON SMITH | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant for compassionate release based on his COVID-19 risk, (Doc. Nos. 26, 30), and the government's response in opposition, (Doc. No. 35). However, the defendant has been released from custody. See https://www.bop.gov/inmateloc.

**IT IS, THEREFORE, ORDERED** that the defendant's motions for compassionate release, (Doc. Nos. 26, 30), are **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: September 11, 2023

Robert J. Conrad, Jr.
United States District Judge